IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANNA TANNER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | **ORDER AFFIRMING COMMISSIONER'S DECISION AND ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:12-cv-00772<br><br>Judge Clark Waddoups |

  In this action Plaintiff Anna Tanner appeals the final decision of Carolyn Colvin, Acting Commissioner of Social Security, denying her claims for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434 and Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f.  The court referred the case to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Warner issued a thorough analysis and reasoned Report and Recommendation recommending that the Commissioner's decision be affirmed. (Dkt. No. 21.)  The Plaintiff objected to the Report and Recommendation (Dkt. No. 22) and the Commissioner filed a Response to the Objection (Dkt. No. 25).  The court has carefully reviewed the decision of the ALJ, the Plaintiff's Objection and the Response of the Commissioner.  In her objections, the Plaintiff largely repeats and reargues the same positions considered by the Magistrate Judge.  The Plaintiff fails to cite to the record evidence or legal authority not considered and rejected in the Report and Recommendation.  The court finds that the Magistrate Judge applied the correct standard of review and that the conclusions are supported by the record the supporting legal authorities.  The Report and

1

Recommendation is adopted in its entirety.

IT IS THEREFORE ORDERED that the Commissioner's decision in this case is AFFIRMED.

SO ORDERED this 15th day of December, 2014.

BY THE COURT:

_____
Clark Waddoups
United States District Judge